IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IRENE ROMERO,

        Plaintiff,

v.                                        CV 16-38 KK/WPL

AJF ENTERPRISES, INC., and
ARTHUR FAMIGLIETTA,

        Defendants.

**ORDER QUASHING ORDER TO SHOW CAUSE**

On April 28, 2016, I entered an Order to Show Cause (Doc. 4), requiring Plaintiff to effect service or provide the Court with a written explanation why service has not been effected no later than May 31, 2016.  It now appearing that Plaintiff has effected service and Defendants have filed an answer, the Order to Show Cause is quashed.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge