# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

IRENE ROMERO,

    Plaintiff,

v.                                                                    CV 16-38 KG/WPL

AJF ENTERPRISES, INC., and
ARTHUR FAMIGLIETTA,

    Defendants.

## ORDER SETTING IN-PERSON STATUS CONFERENCE

Counsel for the parties shall appear in person for a Status Conference on **October 27, 2016, at 1:30 p.m.** in the **Hondo Courtroom** of the Pete V. Domenici United States Courthouse, **333 Lomas Blvd. NW, Albuquerque, New Mexico.**

IT IS SO ORDERED.

                                                                 _____
                                                                  William P. Lynch
                                                                  United States Magistrate Judge