**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**


IRENE ROMERO,

      Plaintiff,

v.                                               CV 16-38 KG/WPL

AJF ENTERPRISES, INC., and
ARTHUR FAMIGLIETTA,

      Defendants.

### ORDER SETTING IN-PERSON STATUS CONFERENCE

Counsel for the parties shall appear in person for a Status Conference on **December 16, 2016, at 9:00 a.m.** in the **Hondo Courtroom** of the Pete V. Domenici United States Courthouse, **333 Lomas Blvd. NW, Albuquerque, New Mexico.** Counsel will be prepared to discuss the pending competing motions to extend the time for discovery.

IT IS SO ORDERED.


                                     _____
                                     William P. Lynch
                                     United States Magistrate Judge