IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRENE ROMERO,

    Plaintiff,

vs.                                  Civil Action No: 1:16-CV-0038-KG/WPL

AJF ENTERPRISES, INC., and
ARTHUR FAMIGLIETTA,

    Defendants.

**STIPULATED ORDER**
**PARTIAL DISMISSAL WITH PREJUDICE**

THIS MATTER having come before this Court upon stipulation between the parties, to dismiss of all claims between the parties', with prejudice, and retention of jurisdiction, by this Court, to rule upon the sanction award related to Defendants' Attorneys' Fees and Costs, pursuant to the Order-filed February 3, 2017, [Doc. 96], as adopted in Order-filed April 11, 2017 [Doc. 109]; and this Court being fully advised, finds that the stipulation between the parties is well taken, and hereby granted.

IT IS HEREBY ORDERED:

1. All claims between the parties are hereby dismissed with prejudice.

2. This Court shall retain jurisdiction to rule upon the sanction award, related to Defendants' Attorneys' Fees and costs, pursuant to the Order-filed February 3, 2017, [Doc. 96], as adopted in the Order-filed April 11, 2017 [Doc. 109].

3. All deadlines related to the Order-filed April 11, 2017 [Doc. 109] remain in force.

4. All pending motions, and discovery due between the parties, shall be held in abeyance, pending final dismissal by the Court.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**LAW OFFICE OF ROGER MOORE**


By /s/Roger Moore, Esq.
   Roger Moore, Esq.
   The attorney for the Defendants'
   AJF Enterprises Incorporated and
   Arthur Famiglietta
   Post Office Box 1441
   Albuquerque, New Mexico 87103-1441
   (505) 255-2900-Telephone
   (505) 255-2545-Facsimile
   Email: Rogermoore007.2@juno.com


**LAW OFFICE OF TRENT A. HOWELL**

   Approved via email
By May 17, 2017 @12:06 p.m.
   Trent A. Howell, Esq.
   The attorney for the Plaintiff
   Irene Romero
   Post Office Box 2304
   Santa Fe New Mexico 87504
   (505) 919-9158-Telephone
   Email:trent@trentahowell.com