IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IRENE ROMERO,

    Plaintiff,

vs.                                                Civ. No. 16-38 KG/JHR

AJF ENTERPRISES, INC., and
ARTHUR FAMIGLIETTA,

    Defendants.

## ORDER REGARGING SANCTIONS

This matter comes before the Court upon the Court's Order, filed February 3, 2017; the Court's Memorandum Opinion and Order, filed April 11, 2017; Defendants' Amended Brief in Support of Attorney's Fees and Costs Related to February 3, 2017-Order [Doc. 96] Pursuant to Order Filed April 11, 2017 [Doc. 109] (Amended Brief), filed April 24, 2017; and Plaintiff's response and errata, filed May 8, 2017. (Docs. 96, 109, 111, 114, and 115). The Court held a telephonic hearing on the Amended Brief on September 14, 2017. Trent Howell represented Plaintiff while Roger Moore represented Defendants. Having considered the Amended Brief, the response, and the above associated orders, and for the reasons stated on the record at the telephonic hearing,

IT IS ORDERED that on or before November 30, 2017, Mr. Howell must pay Mr. Moore $3,390 in attorney's fees (plus the applicable gross receipts tax) and $339.67 in costs.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE