IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IRENE ROMERO,

      Plaintiff,

vs.                                 Civ. No. 16-38 KG/JHR

AJF ENTERPRISES, INC., and
ARTHUR FAMIGLIETTA,

      Defendants.

## FINAL ORDER OF DISMISSAL

Having entered a Stipulated Order [of] Partial Dismissal, (Doc. 120), on May 19, 2017, in

which all claims between the parties were dismissed with prejudice, and having resolved the

sanctions award issue at the September 14, 2017, telephonic hearing on Defendants' Amended

Brief in Support of Attorney's Fees and Costs Related to February 3, 2017-Order [Doc. 96]

Pursuant to Order Filed April 11, 2017 [Doc. 109], (Doc. 111),

IT IS, HEREBY, ORDERED that this Final Order of Dismissal is entered and this case is

now terminated.

_____
UNITED STATES DISTRICT JUDGE